187 So.2d 441

## Frank MACALUSO

v.

## NEW ORLEANS PUBLIC SERVICE, INC.

No. 48234.

June 21, 1966.

In re: Riley Stoker Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 356.

Writ refused. Judgment not final.

187 So.2d 442

## H. M. GILBERT

v.

## H. N. HANNER et al.

No. 48235.

June 21, 1966.

In re: H. M. Gilbert applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 187 So.2d 133.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

187 So.2d 442

## Herbert J. BABIN, Jr.

v.

## AMERICAN EMPLOYERS' INSURANCE COMPANY et al.

No. 48236.

June 21, 1966.

In re: Herbert J. Babin, Jr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 358.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

187 So.2d 442

## Elliott STUART

v.

## ANHEUSER–BUSCH COMPANY and Zurich Insurance Company.

No. 48237.

June 21, 1966.

In re: Elliott Stuart applying for certiorari, or writ of review, to the Court of